CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 02 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARCUS WINSTEAD, | ) | CASE NO. 7:11CV00247 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WARDEN CHRISTOPHER ZYCH, | ) | |
| ET AL., | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for interlocutory injunctive relief (ECF No. 5) is **DENIED**.

ENTER: This 2nd day of June, 2011.

_____
United States District Judge